THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS S. HOLDEN, Appellant, *v.* JOHN McGAW WOODBURY, as Commissioner of Street Cleaning of the City of New York, Respondent.

*People ex rel. Holden* v. *Woodbury*, 88 App. Div. 593, affirmed.
(Argued June 1, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1903, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the reinstatement of relator as a driver in the department of street cleaning in the city of New York and dismissed the proceedings.

*Joseph F. Foise, Thomas J. O'Neill* and *Cornelius J. Earley* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.